# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATOMEE HINTON,<br><br>          Plaintiff,<br><br>     v.<br><br>SERGEANT MIX, *et al.*,<br><br>          Defendants. | Case No. 1:24-cv-00960-KES-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S EX PARTE MOTION TO APPOINT MARSHAL TO SERVE SUMMONS AND COMPLAINT AS PREMATURE<br><br>(ECF No. 21) |

Plaintiff Natomee Hinton ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 11, 2025, the Court screened the third amended complaint and issued findings and recommendations that this action proceed on Plaintiff's third amended complaint against: (1) Defendants Mix and Vang for excessive force in violation of the Eighth Amendment; (2) Defendants Vang, Giannini, and Baker for failure to protect in violation of the Eighth Amendment; (3) Defendants Mix and Vang for state law assault and battery; and (4) Defendant Mix for state law intentional infliction of emotional distress. (ECF No. 18.) The Court further recommended that all other claims be dismissed based on Plaintiff's failure to state claims upon which relief may be granted. (*Id.*) Plaintiff filed objections on May 2, 2025. (ECF No. 19.)

On May 16, 2025, the assigned District Judge adopted the findings and recommendations in part and granted Plaintiff thirty (30) days to file a fourth amended complaint to add a First

Amendment retaliation claim consistent with the Court's order. (ECF No. 20.) The District Judge further ordered that if Plaintiff did not file a fourth amended complaint, the case would proceed only on the cognizable claims identified in Plaintiff's third amended complaint. (*Id.*)

Currently before the Court is Plaintiff's *ex parte* motion to appoint the United States Marshal to serve the summons and third amended complaint in this matter, filed May 22, 2025. (ECF No. 21.) It appears Plaintiff's motion, which is signed and dated May 16, 2025, has crossed in the mail with the District Judge's order adopting the findings and recommendations in part.

Plaintiff's request is premature. Plaintiff's response to the District Judge's order remains due on or before June 18, 2025. (*See* ECF No. 20.) Whether Plaintiff chooses to file a fourth amended complaint to add a First Amendment retaliation claim, or to proceed only on the cognizable claims identified in the third amended complaint, service is not yet appropriate in this action. Once this action is proceeding on an operative complaint, the Court will then order service on the appropriate defendants pursuant to the Court's E-Service program. Plaintiff does not need to request service.

Accordingly, Plaintiff's *ex parte* motion to appoint the United States Marshal to serve the summons and third amended complaint, (ECF No. 21), is HEREBY DENIED as premature. Plaintiff's response to the May 16, 2025 order adopting the findings and recommendations in part, (ECF No. 20), remains due on or before **June 18, 2025**.

IT IS SO ORDERED.

Dated:   **May 26, 2025**                    /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE

2