1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    NATOMEE HINTON,                        No.  1:24-cv-00960-KES-BAM (PC)

12                  Plaintiff,               ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATIONS TO GRANT IN
13          v.                               PART PLAINTIFF'S MOTION FOR
                                             PERMISSION TO ASSERT ADDITIONAL
14    MIX, et al.,                           CLAIMS AND RECOMMENDING
                                             DISMISSAL OF CERTAIN CLAIMS AND
15                  Defendants.              DEFENDANTS

16                                           Docs. 24, 27

17

18          Plaintiff Natomee Hinton is a former state prisoner proceeding pro se and in forma

19    pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a

20    United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302.

21          On April 11, 2025, the assigned magistrate judge screened the third amended complaint

22    and issued findings and recommendations that this action proceed on Plaintiff's third amended

23    complaint against: (1) Defendants Mix and Vang for excessive force in violation of the Eighth

24    Amendment; (2) Defendants Vang, Giannini, and Baker for failure to protect in violation of the

25    Eighth Amendment; (3) Defendants Mix and Vang for state law assault and battery; and

26    (4) Defendant Mix for state law intentional infliction of emotional distress.  Doc. 18.  The

27    magistrate judge further recommended that all other claims be dismissed based on Plaintiff's

28    failure to state claims upon which relief may be granted.  *Id.*  Plaintiff filed objections on May 12,

1

2025.  Doc. 19.  On May 16, 2025, the undersigned adopted the findings and recommendations in part and granted plaintiff thirty (30) days to file a fourth amended complaint to add a First Amendment retaliation claim consistent with the Court's order.  Doc. 20.  The undersigned further ordered that if plaintiff did not file a fourth amended complaint, the case would proceed only on the cognizable claims identified in plaintiff's third amended complaint.  *Id.*

On May 30, 2025, plaintiff filed a notice of change of address and a motion for permission to assert two additional claims other than the First Amendment claim in the fourth amended complaint, and lodged a fourth amended complaint.  Docs. 23–25.

On June 3, 2025, the magistrate judge directed the Clerk of the Court to file the lodged fourth amended complaint and issued a screening order.  Doc. 27.  The magistrate judge further issued findings and recommendations to grant plaintiff's motion for permission to assert additional claims in part and that this action proceed on plaintiff's fourth amended complaint against: (1) Defendants Mix and Giannini for excessive force in violation of the Eighth Amendment; (2) Defendants Vang, Giannini, and Baker for failure to protect in violation of the Eighth Amendment; (3) Defendant Mix for retaliation in violation of the First Amendment; (4) Defendants Mix and Vang for state law assault and battery; (5) Defendant Mix for state law intentional infliction of emotional distress; and (6) Defendants Mix, Vang, Giannini, and Baker for state law negligence.  *Id.*  The magistrate judge further recommended that all other claims and defendants be dismissed based on plaintiff's failure to state claims upon which relief may be granted.  *Id.*  The findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within fourteen (14) days after service.  *Id.*  No objections have been filed, and the deadline to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case.  Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1.  The findings and recommendations issued on June 3, 2025, Doc. 27, are adopted in full;

2.  Plaintiff's motion for permission to assert additional claims, Doc. 24, is granted in part, as

1    discussed in the June 3, 2025 findings and recommendations;

2    3. This action shall proceed on plaintiff's fourth amended complaint, filed May 30, 2025,

3    Doc. 26, against: (1) Defendants Mix and Giannini for excessive force in violation of the

4    Eighth Amendment; (2) Defendants Vang, Giannini, and Baker for failure to protect in

5    violation of the Eighth Amendment; (3) Defendant Mix for retaliation in violation of the

6    First Amendment; (4) Defendants Mix and Vang for state law assault and battery;

7    (5) Defendant Mix for state law intentional infliction of emotional distress; and

8    (6) Defendants Mix, Vang, Giannini, and Baker for state law negligence;

9    4. All other claims and defendants are dismissed from this action for failure to state claims

10    upon which relief may be granted; and

11    5. This action is referred back to the magistrate judge for proceedings consistent with this

12    order.

13

14

15    IT IS SO ORDERED.

16    Dated:   July 11, 2025

17    UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28