# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATOMEE HINTON,<br><br>           Plaintiff,<br><br>      v.<br><br>MIX, *et al.*,<br><br>           Defendants. | Case No.  1:24-cv-00960-KES-BAM (PC)<br><br>ORDER CONSTRUING PLAINTIFF'S MOTION TO PROCEED ON 4TH AMENDED COMPLAINT CLAIMS & DECLARATION IN SUPPORT OF FILING LATE COUNTER MOTION AS MOTION FOR SERVICE<br>(ECF No. 33)<br><br>ORDER DENYING MOTION FOR SERVICE AS MOOT<br>(ECF No. 33) |

Plaintiff Natomee Hinton ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's fourth amended complaint against: (1) Defendants Mix and Giannini for excessive force in violation of the Eighth Amendment; (2) Defendants Vang, Giannini, and Baker for failure to protect in violation of the Eighth Amendment; (3) Defendant Mix for retaliation in violation of the First Amendment; (4) Defendants Mix and Vang for state law assault and battery; (5) Defendant Mix for state law intentional infliction of emotional distress; and (6) Defendants Mix, Vang, Giannini, and Baker for state law negligence.

On July 15, 2025, the Court directed service of the fourth amended complaint on Defendants Mix, Giannini, Baker, and Vang pursuant to the Court's E-Service pilot program.

1

1 | (ECF No. 29.)

2 |     Currently before the Court is Plaintiff's "Motion to Proceed on 4th Amended Complaint Claims & Declaration in Support of Filing Late Counter Motion," filed July 28, 2025. (ECF No. 33.) Plaintiff states that he seeks to move forward on his most recent amended complaint on all claims found cognizable by the assigned Magistrate Judge. Plaintiff has no further objections and moves this Court to order a summons against all four defendants named in the complaint. Plaintiff further moves the Court to forgive him for his delay in responding, as he has been transitioning during his release from prison. Plaintiff will continue moving forward to make a responsible effort to file timely responses to Defendants and the Court. (*Id.*)

    Based on a review of the filing, the Court construes Plaintiff's motion as a motion for service. As the case is already proceeding under the Court's E-Service pilot program against the four remaining defendants, the Plaintiff's motion is unnecessary and is denied as moot. The fourth amended complaint is currently being served on Defendants. Plaintiff does not need to take any further action in this case to effectuate service of process unless he is ordered to do so by the Court.

    Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's July 28, 2025 motion, (ECF No. 33), is construed as a motion for service; and
2. Plaintiff's motion for service, (ECF No. 33), is DENIED as moot, as discussed above.

IT IS SO ORDERED.

    Dated: __July 29, 2025__          /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE