1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11    NATOMEE HINTON,                           Case No.  1:24-cv-00960-KES-BAM (PC)

12                     Plaintiff,               ORDER VACATING OCTOBER 31, 2025,
                                                HEARING ON DEFENDANTS' PARTIAL
13           v.                                 MOTION TO DISMISS

14    MIX, *et al.*,                            (ECF No. 36)

15                     Defendants.

16

17          Plaintiff Natomee Hinton ("Plaintiff") is a former state prisoner proceeding *pro se* and *in*

18    *forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on

19    Plaintiff's fourth amended complaint against: (1) Defendants Mix and Giannini for excessive

20    force in violation of the Eighth Amendment; (2) Defendants Vang, Giannini, and Baker for

21    failure to protect in violation of the Eighth Amendment; (3) Defendant Mix for retaliation in

22    violation of the First Amendment; (4) Defendants Mix and Vang for state law assault and battery;

23    (5) Defendant Mix for state law intentional infliction of emotional distress; and (6) Defendants

24    Mix, Vang, Giannini, and Baker for state law negligence.

25          On September 18, 2025, Defendants M. Mix, B. Giannini, C. Baker, and L. Vang filed a

26    motion to partially dismiss Plaintiff's fourth amended complaint and set a motion hearing before

27    the undersigned on October 31, 2025, at 9:00 a.m. in Courtroom 8.   (ECF No. 36.)

28          Pursuant to Local Rule 230(l), "all motions, except motions to dismiss for lack of

1

prosecution, filed in actions wherein one party is incarcerated and proceeding in propia persona, shall be submitted upon the record without oral argument unless otherwise ordered by the Court. Such motions need not be noticed on the motion calendar." The parties are advised that although Plaintiff has been released from custody, it is the Court's general practice to continue to apply Local Rule 230(l) and certain other local rules concerning actions in which one party is incarcerated and proceeding *in propia persona*, even when the *pro se* plaintiff is no longer incarcerated.[1]

Accordingly, IT IS HEREBY ORDERED as follows:

1. The motion hearing set for October 31, 2025, at 9:00 a.m., before Magistrate Judge Barbara A. McAuliffe, is VACATED; and

2. Plaintiff's opposition to Defendants' motion for partial dismissal, (ECF No. 36), shall be filed within **twenty-one (21) days** after service of the motion.

IT IS SO ORDERED.

Dated:  __October 9, 2025__          ___/s/ Barbara A. McAuliffe___
                                UNITED STATES MAGISTRATE JUDGE

---

[1] Although the docket reflects Plaintiff's release from custody, Defendants filed a proof of service on October 6, 2025, identifying service of the motion by mail on Plaintiff at the San Francisco County Jail. (ECF No. 37.)