# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATOMEE HINTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MIX, *et al.*,<br><br>　　　　　Defendants. | Case No.  1:24-cv-00960-KES-BAM (PC)<br><br>ORDER DENYING MOTION TO WAIVE PLAINTIFF'S APPEARANCE AS MOOT<br><br>(ECF No. 40) |

Plaintiff Natomee Hinton ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's fourth amended complaint against: (1) Defendants Mix and Giannini for excessive force in violation of the Eighth Amendment; (2) Defendants Vang, Giannini, and Baker for failure to protect in violation of the Eighth Amendment; (3) Defendant Mix for retaliation in violation of the First Amendment; (4) Defendants Mix and Vang for state law assault and battery; (5) Defendant Mix for state law intentional infliction of emotional distress; and (6) Defendants Mix, Vang, Giannini, and Baker for state law negligence.

On September 18, 2025, Defendants M. Mix, B. Giannini, C. Baker, and L. Vang filed a motion to partially dismiss Plaintiff's fourth amended complaint and set a motion hearing before the undersigned on October 31, 2025, at 9:00 a.m. in Courtroom 8.   (ECF No. 36.)

On October 10, 2025, the Court vacated the October 31, 2025, hearing consistent with

Local Rule 230(l), and ordered that Plaintiff's opposition to Defendants' motion for partial dismissal be filed within twenty-one (21) days after service of the motion. (ECF No. 38.)

On October 20, 2025, Plaintiff filed a notice of motion and counterclaim to Defendants' partial motion to dismiss. (ECF No. 39.) Plaintiff also filed a notice of motion and motion to waive his appearance at the October 31, 2025 motion to dismiss hearing, asking that his counterclaim/objection be allowed to stand as his defense against the motion. (ECF No. 40.)

To the extent Plaintiff is requesting that his appearance at the motion to dismiss hearing be waived, his request is unnecessary. As noted above, the Court has vacated the hearing set for October 31, 2025. No appearance is required, and the Court will decide the motion upon the record without oral argument. *See* L.R. 230(l). Accordingly, Plaintiff's motion to waive his appearance at the hearing is DENIED as moot.

IT IS SO ORDERED.

Dated: **October 22, 2025**        /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

2