# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATOMEE HINTON,<br><br>        Plaintiff,<br><br>    v.<br><br>MIX, *et al.*,<br><br>        Defendants. | Case No. 1:24-cv-00960-KES-BAM (PC)<br><br>ORDER DENYING MOTION FOR MAILING OF FINDINGS FOR DEFENDANTS' PARTIAL MOTION TO DISMISS AS MOOT<br><br>(ECF No. 44) |

Plaintiff Natomee Hinton ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's fourth amended complaint against: (1) Defendants Mix and Giannini for excessive force in violation of the Eighth Amendment; (2) Defendants Vang, Giannini, and Baker for failure to protect in violation of the Eighth Amendment; (3) Defendant Mix for retaliation in violation of the First Amendment; (4) Defendants Mix and Vang for state law assault and battery; (5) Defendant Mix for state law intentional infliction of emotional distress; and (6) Defendants Mix, Vang, Giannini, and Baker for state law negligence.

On September 18, 2025, Defendants M. Mix, B. Giannini, C. Baker, and L. Vang filed a motion to partially dismiss Plaintiff's fourth amended complaint and set a motion hearing before the undersigned on October 31, 2025, at 9:00 a.m. in Courtroom 8. (ECF No. 36.)

On October 10, 2025, the Court vacated the October 31, 2025, hearing consistent with Local Rule 230(l), and ordered that Plaintiff's opposition to Defendants' motion for partial dismissal be filed within twenty-one (21) days after service of the motion. (ECF No. 38.)

On October 20, 2025, Plaintiff filed a notice of motion and counterclaim to Defendants' partial motion to dismiss. (ECF No. 39.) Plaintiff also filed a notice of motion and motion to waive his appearance at the October 31, 2025 motion to dismiss hearing, asking that his counterclaim/objection be allowed to stand as his defense against the motion. (ECF No. 40.) Plaintiff's request to waive his appearance was denied as moot, and the Court explained that the October 31, 2025 hearing had been vacated and the motion would be decided on the record without oral argument. (ECF No. 42.)

Currently before the Court is Plaintiff's "Motion for Mailing of Findings for Defendants' Partial Motion to Dismiss," filed November 26, 2025. (ECF No. 44.) Plaintiff states that he has not been served with the Court's findings made at the October 31, 2025 hearing on Defendants' motion to dismiss, and requests that the Court order the Clerk of Court or Defendants' attorney to mail the findings to Plaintiff immediately. (*Id.*)

Defendants have not had the opportunity to file a response, but the Court finds a response unnecessary. The motion is deemed submitted. Local Rule 230(l).

Plaintiff's motion is denied, as moot. As repeatedly explained, the Court vacated the October 31, 2025 hearing on Defendants' motion to dismiss. No hearing was held, and the Court has not made any findings on Defendants' motion to dismiss as of the date of this order. Defendants' motion to dismiss will be decided in due course. When any findings are made, Plaintiff will receive those findings by mail, served to his current address on record with the Court.

Accordingly, Plaintiff's motion for mailing of findings for Defendants' partial motion to dismiss, (ECF No. 44), is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated:  **December 1, 2025**            /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE