# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATOMEE HINTON, | Case No. 1:24-cv-00960-KES-BAM (PC) |
| Plaintiff, | ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S REQUEST FOR SETTLEMENT CONFERENCE |
| v. | |
| MIX, *et al.*, | (ECF No. 46) |
| Defendants. | **TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Natomee Hinton ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's fourth amended complaint against: (1) Defendants Mix and Giannini for excessive force in violation of the Eighth Amendment; (2) Defendants Vang, Giannini, and Baker for failure to protect in violation of the Eighth Amendment; (3) Defendant Mix for retaliation in violation of the First Amendment; (4) Defendants Mix and Vang for state law assault and battery; (5) Defendant Mix for state law intentional infliction of emotional distress; and (6) Defendants Mix, Vang, Giannini, and Baker for state law negligence.

Currently before the Court is Plaintiff's motion for a settlement conference, filed May 11, 2026. (ECF No. 46.) As to Plaintiff's request, Plaintiff is advised that the Court generally will not grant motions to set a settlement conference without confirmation that all parties feel that a settlement conference would be a beneficial use of resources of the parties and the Court.

1

Therefore, the Court finds it appropriate to obtain a brief response from Defendants regarding Plaintiff's request for a settlement conference, indicating whether Defendants are also willing to participate in a judicially-mediated settlement conference in this matter.  Defendants need not respond to any factual allegations or legal argument included in Plaintiff's request.  The parties are further reminded that they are free to communicate regarding a possible settlement, without judicial involvement.

Accordingly, Defendants are HEREBY ORDERED to file a brief written response to Plaintiff's motion for a settlement conference, (ECF No. 46), within **twenty-one (21) days** from the date of service of this order, indicating whether Defendants are willing to participate in a judicially-mediated settlement conference in this matter.

IT IS SO ORDERED.

Dated:   **May 25, 2026**                    /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE

2