# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATOMEE HINTON,<br><br>              Plaintiff,<br><br>   v.<br><br>MIX, *et al.*,<br><br>              Defendants. | Case No.  1:24-cv-00960-KES-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RULING ON DEFENDANTS' PARTIAL MOTION TO DISMISS<br><br>(ECF No. 48) |

Plaintiff Natomee Hinton ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's fourth amended complaint against: (1) Defendants Mix and Giannini for excessive force in violation of the Eighth Amendment; (2) Defendants Vang, Giannini, and Baker for failure to protect in violation of the Eighth Amendment; (3) Defendant Mix for retaliation in violation of the First Amendment; (4) Defendants Mix and Vang for state law assault and battery; (5) Defendant Mix for state law intentional infliction of emotional distress; and (6) Defendants Mix, Vang, Giannini, and Baker for state law negligence.

On September 18, 2025, Defendants M. Mix, B. Giannini, C. Baker, and L. Vang filed a motion to partially dismiss Plaintiff's fourth amended complaint.  (ECF No. 44.)  The motion is fully briefed.  (ECF Nos. 39, 43.)

Currently before the Court is Plaintiff's "Motion & Request for Ruling on Dismissal by

1

Defendants," filed May 11, 2026.[1]  (ECF No. 48.)  The Court construes the request as a motion for ruling on Defendants' motion to partially dismiss Plaintiff's fourth amended complaint.

Defendants have not yet had an opportunity to respond to the motion, but the Court finds a response unnecessary.  The motion is deemed submitted.  Local Rule 230(l).

Plaintiff is reminded that this Court has a large number of *pro se* prisoner civil rights cases pending before it, and therefore, delay is inevitable despite the Court's best efforts.  Due to the heavy caseload, Defendants' motion to partially dismiss Plaintiff's fourth amended complaint is awaiting findings and recommendations.  The Court will decide the motion in due course.  Further, as the Court previously explained, when any findings are made, Plaintiff will receive those findings by mail, served to his current address on record with the Court.  Plaintiff's motion for a ruling is therefore denied.

Accordingly, IT IS HEREBY ORDERED as follows:

1.  Plaintiff's motion for ruling on Defendants' motion to partially dismiss Plaintiff's fourth amended complaint, (ECF No. 48), is DENIED;  and

2.  Defendants' motion to dismiss will be decided in due course.

IT IS SO ORDERED.

Dated:    **May 25, 2026**                    /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE

---

[1] On the same date, Plaintiff filed a motion for settlement conference and a motion to supplement the complaint.  (*See* ECF Nos. 46, 47.)  By separate order, the Court has directed Defendants to file a response to Plaintiff's motion for settlement conference.  Plaintiff's motion to supplement the complaint remains pending.

2