# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

NATOMEE HINTON,

                Plaintiff,

      v.

MIX, *et al.*,

                Defendants.

Case No.  1:24-cv-00960-KES-BAM (PC)

ORDER DENYING PLAINTIFF'S REQUEST FOR SETTLEMENT CONFERENCE

(ECF No. 46)

Plaintiff Natomee Hinton ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's fourth amended complaint against: (1) Defendants Mix and Giannini for excessive force in violation of the Eighth Amendment; (2) Defendants Vang, Giannini, and Baker for failure to protect in violation of the Eighth Amendment; (3) Defendant Mix for retaliation in violation of the First Amendment; (4) Defendants Mix and Vang for state law assault and battery; (5) Defendant Mix for state law intentional infliction of emotional distress; and (6) Defendants Mix, Vang, Giannini, and Baker for state law negligence.

On May 11, 2026, Plaintiff filed a motion for a settlement conference.  (ECF No. 46.) The Court directed Defendants to file a brief written response indicating whether Defendants are also willing to participate in a judicially-mediated settlement conference in this matter.  (ECF No.

1

51.) Defendants filed a response on May 27, 2026.[1]  (ECF No. 53.) Defendants indicate that they are willing to participate in a judicially mediated settlement conference, but request that the Court defer setting a settlement conference until after the Court rules on Defendants' pending partial motion to dismiss.  (*Id.*)  Defendants indicate that that a ruling on the partial motion to dismiss will clarify the scope of the claims at issue and allow the parties to engage in more meaningful and productive settlement discussions.  (*Id.*)

Without a clear indication from all parties that they are willing to discuss settlement, the Court does not find that it would be an efficient use of judicial resources to set this case for a settlement conference at this time.  The parties are reminded that they are free to settle this matter without judicial involvement at any time by communicating among themselves.  If in the future the parties jointly decide that this action would benefit from a Court-facilitated settlement conference, or if they are able to reach an independent settlement agreement, they may so inform the Court.

Accordingly, Plaintiff's request for a settlement conference, (ECF No. 46), is HEREBY DENIED without prejudice.

IT IS SO ORDERED.

Dated:    **May 28, 2026**                          /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants also included a response to Plaintiff's request for settlement conference in their opposition to Plaintiff's motion for leave to supplement his fourth amended complaint.  (ECF No. 50.)

2