# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NATOMEE HINTON,

Plaintiff,

v.

MIX, *et al.*,

Defendants.

Case No. 1:24-cv-00960-KES-BAM (PC)

ORDER FOR DEFENDANTS TO FILE RESPONSE TO COMPLAINT WITHIN **TWENTY-ONE (21) DAYS**

Plaintiff Natomee Hinton is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.

Following the District Judge's order adopting the findings and recommendations and granting in part and denying in part Defendants' motion to dismiss, this action proceeds on the fourth amended complaint against: (1) defendants Mix and Giannini for excessive force in violation of the Eighth Amendment; (2) defendants Vang, Giannini, and Baker for failure to protect in violation of the Eighth Amendment; (3) defendant Mix for retaliation in violation of the First Amendment; (4) defendants Mix and Giannini for state law assault and battery; (5) defendant Mix for state law intentional infliction of emotional distress; and (6) defendants Mix, Vang, Giannini, and Baker for state law negligence. (ECF No. 60.)

Accordingly, Defendants Mix, Giannini, Vang, and Baker are HEREBY ORDERED to file a response to the fourth amended complaint within **twenty-one (21) days** from the date of

service of this order.

IT IS SO ORDERED.

Dated: July 29, 2026

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE