# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NATOMEE HINTON,

Plaintiff,

v.

SERGEANT MIX, et al.,

Defendants.

Case No. 1:24-cv-00960-KES-BAM (PC)

ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE CONFIDENTIAL SETTLEMENT STATEMENT

**OCTOBER 28, 2026. DEADLINE**

This matter was referred to the undersigned for a settlement conference. On August 8, 2026, the Honorable Barbara A. McAuliffe issued an order of referral for settlement conference along with procedural directions, which included that "[s]ettlement statements shall arrive no later than October 23, 2026," as well as a notice that, "[a] failure to follow these procedures may result in the imposition of sanctions by the court." (ECF No. 64.) Plaintiff, who is proceeding *pro se* and *in forma pauperis*, has failed to comply with this order.

Accordingly, Plaintiff is HEREBY ORDERED to show cause, in writing, by **October 28, 2026**, why Plaintiff has failed to comply with a court order and why sanctions should not be imposed. Filing a confidential statement without addressing why Plaintiff has failed to meet the October 23, 2026 deadline will be deemed an insufficient response to this order to show cause.

/ / /

**Finally, should Plaintiff fail to respond to this order, the Court will issue a subsequent order to show cause requiring Plaintiff to show cause as to why this action should not be dismissed for failure to prosecute and/or failure to comply with a court order.**

IT IS SO ORDERED.

Dated: **October 26, 2026**

STANLEY A. BOONE
United States Magistrate Judge