# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NATOMEE HINTON,

Plaintiff,

v.

SERGEANT MIX, et al.,

Defendants.

Case No. 1:24-cv-00960-KES-BAM (PC)

ORDER DISCHARGING OCTOBER 26, 2026 ORDER TO SHOW CAUSE

(ECF No. 67)

This matter was referred to the undersigned for a settlement conference. On August 8, 2026, the Honorable Barbara A. McAuliffe issued an order of referral for settlement conference along with procedural directions, which included that "[s]ettlement statements shall arrive no later than October 23, 2026," as well as a notice that, "[a] failure to follow these procedures may result in the imposition of sanctions by the court." (ECF No. 64.) Plaintiff, who is proceeding *pro se* and *in forma pauperis*, has failed to comply with this order. Thus, on October 26, 2026, the Court issued an order to show cause ordering Plaintiff to show cause why sanctions should not be imposed. (ECF No. 67.) On October 27, 2026, Plaintiff's statement was filed. (ECF No. 68.)

/ / /

/ / /

In light of the foregoing, the Court construes Plaintiff's filed statement as compliance with the Court's order to show cause. Therefore, the Court DISCHARGES the October 26, 2026 order to show cause.

IT IS SO ORDERED.

Dated: **October 29, 2026**

STANLEY A. BOONE
United States Magistrate Judge